UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEBORAH JOHNSON,

        Plaintiff,

                                                         Honorable Thomas L. Ludington

v.                                                       Case Number : 06-15657-BC

SAGINAW COUNTY COMMUNITY
ACTION, INC.,

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

      This matter is before the Court on a report issued by Magistrate Judge Charles E. Binder on March 17, 2008, recommending granting Defendant Saginaw County Community Action, Incorporated's motion for summary judgment. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation.[1] The failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the reasoning and conclusion of the magistrate judge.

---

[1] Although ensuring that Plaintiff's mailing address was correct initially presented some difficulty, the docket reflects the fact that the magistrate judge's report and recommendation was mailed to the address she provided on March 31, 2008.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt #25] is **ADOPTED** and that Defendant's motion for summary judgment [dkt #18] is **GRANTED**.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: April 16, 2008

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 16, 2008.

s/Tracy A. Jacobs
TRACY A. JACOBS