UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEBORAH JOHNSON,

        Plaintiff,

                                            Honorable Thomas L. Ludington
v.                                              Case Number : 06-15657-BC

SAGINAW COUNTY COMMUNITY
ACTION, INC.,

        Defendant.
_____/

## ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL

On April 16, 2008, the Court adopted the magistrate judge's report and recommendation and granted summary judgment to Defendant Saginaw County Community Action, Inc. On April 24, 2008, Plaintiff Deborah Johnson filed a request for appointment of counsel.

First, appointment of counsel in a civil case is within the discretion of the trial court. *Glover v. Johnson*, 75 F.3d 264, 268 (6th Cir. 2002) (citation omitted). Appointment of counsel in a civil case is not required, unless personal liberty is at stake, *see id.* at 269, which is not at issue on Plaintiff's claims of a violation of the Family and Medical Leave Act (FMLA), 29 U.S.C. § 2601 *et seq.* Second, and more importantly, Plaintiff's complaint has already been dismissed, which nullifies the need for counsel before this Court.

Accordingly, it is **ORDERED** that Plaintiff's request for appointment of counsel [dkt #29] is **DENIED**.

                                                s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge

Dated: April 28, 2008

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 28, 2008.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS